# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                        **CASE NO.** 25-CR-20073-HLT-TJJ

**SHAQUILLE SMITH,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DISTRIBUTION OF FENTANYL**
**[21 U.S.C. § 841]**

On or about October 15, 2024, in the District of Kansas, the defendant,

**SHAQUILLE SMITH,**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

1

## COUNT 2

**POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL**
**[21 U.S.C. § 841]**

On or about October 22, 2024, in the District of Kansas, the defendant,

**SHAQUILLE SMITH,**

knowingly and intentionally possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT 3

**POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**
**[21 U.S.C. § 841]**

On or about October 22, 2024, in the District of Kansas, the defendant,

**SHAQUILLE SMITH,**

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4

**POSSESSION OF A FIREARM IN FURTHERANCE**
**OF A DRUG TRAFFICKING CRIME**
**[18 U.S.C. § 924(c)(1)(A)]**

On or about October 22, 2024, in the District of Kansas, the defendant,

**SHAQUILLE SMITH,**

knowingly possessed firearms, identified as: (1) a Springfield Armory Saint AR-15 style pistol, with serial number ST099814; (2) a CZ P09 .40 caliber Smith & Wesson semi-automatic handgun, with serial number BS07859; (3) a Canik TP9 9mm semi-automatic handgun, with serial number 20BC18335; and (4) a Ruger PC carbine 9mm semi-automatic rifle, with serial number 911-56341, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, distribution of fentanyl, as charged in Count 1, possession with the intent to distribute fentanyl, as charged in Count 2, and possession with the intent to distribute cocaine, as charged in Count 3 (incorporated by reference herein), in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1- 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offenses identified in Counts 1-4 of this Indictment, the defendant,

**SHAQUILLE SMITH,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition used in or involved in the commission of the offenses, including, but not limited to the following:

    a. a Springfield Armory Saint AR-15 style pistol, with serial number ST099814;
    b. a CZ P09 .40 caliber Smith & Wesson semi-automatic handgun, with serial number BS07859;
    c. a Canik TP9 9mm semi-automatic handgun, with serial number 20BC18335;
    d. a Ruger PC carbine 9mm semi-automatic rifle, with serial number 911-5634; and
    e. assorted ammunition, seized by the Kansas City, Kansas Police Department, on October 22, 2024.

3. Upon conviction of the offenses identified in Counts 1-3 of this Indictment, the defendant,

**SHAQUILLE SMITH,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

    a. a Springfield Armory Saint AR-15 style pistol, with serial number ST099814;
    b. a CZ P09 .40 caliber Smith & Wesson semi-automatic handgun, with serial number BS07859;
    c. a Canik TP9 9mm semi-automatic handgun, with serial number 20BC18335;
    d. a Ruger PC carbine 9mm semi-automatic rifle, with serial number 911-5634;
    e. assorted ammunition, seized by the Kansas City, Kansas Police Department, on October 22, 2024.
    f. $6,635 United States currency seized by the Kansas City, Kansas Police Department, on October 22, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

      A. cannot be located upon the exercise of due diligence;

      B. has been transferred or sold to, or deposited with, a third party;

      C. has been placed beyond the jurisdiction of the court;

      D. has been substantially diminished in value; or

      E. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                                 A TRUE BILL.

September 17, 2025                       s/Foreperson

DATE                                      FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *Trent M. Krug*
Trent M. Krug
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Trent.Krug@usdoj.gov
Ks. S. Ct. No. 19454

By: /s/ *Taylor Hines*
Taylor Hines
Special Assistant United States Attorney

5

District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Taylor.Hines@usdoj.gov
Ks. S. Ct. No. 28101

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Counts 1 & 3: Distribution of Fentanyl; Possession with Intent to Distribute Cocaine; 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C).**

- Punishable by a term of imprisonment of not more than twenty (20) years. 21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of at least three (3) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $1 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- A term of imprisonment of not more than thirty (30) years. 21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of at least six (6) years. 21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $2 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture

**Count 2: Possession with Intent to Distribute Fentanyl; 21 U.S.C. § 841(a)(1) & 21 U.S.C. § 841(b)(1)(B)(vi).**

- Punishable by a term of imprisonment of not less than five (5) years and no more than forty (40) years. 21 U.S.C. § 841(b)(1)(B).
- A term of supervised release of at least four (4) years. 21 U.S.C. § 841(b)(1)(B).
- A fine not to exceed $5 million. 21 U.S.C. § 841(b)(1)(B).

7

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than ten (10) years and no more than life. 21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least eight (8) years. 21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $8 million. 21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 4: Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 924(c)**

- Punishable by a term of imprisonment of not less than five (5) years and no more than life. 18 U.S.C. § 924(c)(1)(A)(i). This term of imprisonment runs consecutive to any other term of imprisonment imposed on the defendant. 18 U.S.C. § 924(c)(1)(D)(ii). If the defendant has a prior conviction for a violation of § 924(c)(1)(A), the instant offense is punishable by a term of imprisonment of not less than twenty-five (25) years and not more than life. 18 U.S.C. § 924(c)(1)(C)(i).

- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.